STATE v. SIMMONS

No. 13P99

Case below: 131 N.C.App. 703

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 May 1999.

STATE v. SUMMERS

No. 195P99

Case below: 132 N.C.App. 636

Motion by Attorney General for temporary stay denied 6 May 1999.

STATE v. SYRIANI

No. 300A91-2

Case below: Mecklenburg County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Mecklenburg County denied 6 May 1999.

STATE v. WOODS

No. 9P99

Case below: 131 N.C.App. 557

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999. Justice Martin recused.

STATE ex rel. EASLEY v. N.G. PURVIS FARMS

No. 194P99

Case below: 132 N.C.App. 825

Motion by Attorney General for temporary stay allowed 26 April 1999 pending determination of petition for discretionary review.

VANCE v. VANCE

No. 505P98

Case below: 131 N.C.App. 335

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.